UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASHAY WALKER,

    Plaintiff,

v.                                                  Case No: 8:15-cv-1170-T-36EAJ

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Notice of Dismissal without Prejudice (Doc. 4). In accord with the Notice of Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Notice of Dismissal without Prejudice is **APPROVED** (Doc. 4).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 9, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record